JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CALIFORNIA FAIR PLAN,<br>Plaintiff,<br>vs.<br>HOME DEPOT U.S.A., INC. a Delaware corporation; LG ELECTRONICS U.S.A., INC., a Delaware corporation; DOES 1-25,<br>Defendants. | Case No. 8:26-cv-02651 DOC (KESx)<br>*[Assigned for all purposes to: Hon. David O. Carter; Karen E. Scott, Magistrate]*<br>**ORDER REMANDING CASE TO STATE COURT** [10] |

**ORDER**

Pursuant to the stipulation set forth by the parties, it is hereby ordered that this action is hereby remanded to the Superior Court of California, in the County of Orange, with all future proceedings to be carried out in Orange County Superior Court Case No. 30-2026-01587565-CU-PL-CJC. All pending deadlines and hearings in this matter are hereby vacated. The Parties shall bear their own costs and attorney's fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 21, 2026

David O. Carter

HON. DAVID O. CARTER
DISTRICT COURT JUDGE